AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Todd Michael Hensley<br><br>*Defendant(s)* | Case No. 5:20-mj-4 |

FILED
JAN 24 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 23, 2020** in the county of **Marshall** in the **Northern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William M. Lemon, Sergeant, WVSP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/24/2020

_____
*Judge's signature*

City and state: Wheeling, West Virginia

James P. Mazzone, U.S. Magistrate Judge
*Printed name and title*