IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.   Criminal Case No.: 5:20-mj-4

TODD MICHAEL HENSLEY,

Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, William M. Lemon, being duly sworn, depose and states as follows:

1. During the months of December 2019 and January 2020, the Marshall County Drug Task Force learned of a crystal methamphetamine "ice" distributor, TODD MICHAEL HENSLEY, from Anderson, South Carolina, that wished to expand his drug distribution operation into the Northern District of West Virginia.

2. Through investigation, a confidential informant (CI) was developed that had access to HENLSEY.

3. On January 22, 2020, HENSLEY communicated with the CI via text message. In those text messages, HENSLEY stated he just purchased methamphetamine for $10,000.00 from what he described as a "cartel guy. In addition, HENSLEY sent a digital photograph of approximately three pounds of methamphetamine that appeared to be sitting on his lap.

4. On January 23, 2020, a ruse was used by Task Force Officers which caused HENSLEY to travel from his home in Anderson, South Carolina, to the Northern District of West Virginia with approximately three pounds of methamphetamine.

5. Based, in part, on the above information, a federal anticipatory search warrant was granted for HENSLEY and his vehicle to be executed when HENSLEY arrived in the Northern District of West Virginia.

6. On January 23, 2020, at approximately 4:24pm, HENSLEY arrived at 30 Dorsey Street, Moundsville, Marshall County, within the Northern District of West Virginia, intending to meet with a female. HENSLEY was quickly detained by Task Force and uniform officers at the Dorsey Street address. A K-9 "open air" sniff was deployed around HENSLEY's vehicle with a positive indication of narcotics.

7. A search of HENSLEY's vehicle yielded approximately three pounds of suspected methamphetamine. A Glock semi-automatic pistol, together with extended firearm magazines, was in plain view within HENSLEY's vehicle located at the driver's seat.

8. The suspected methamphetamine was field tested and yielded a positive result for methamphetamine, a schedule II controlled substance.

9. HENSLEY was taken into custody and provided *Miranda* rights. HENSLEY willfully and freely waived his *Miranda* rights and provided a written statement of confession as to his account of the facts and circumstances surrounding his transportation of methamphetamine from South Carolina to West Virginia with the intent to distribute the possessed methamphetamine within the Northern District of West Virginia.

## OATH

I swear and affirm under penalty of perjury that the information in this affidavit is true to the best of my knowledge and belief.

_____
William M. Lemon
Sergeant
West Virginia State Police

Subscribed and sworn to me on this __24th__ day of January, 2020.

_____
James P. Mazzone
United States Magistrate Judge
Northern District of West Virginia